

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00199-CV

BOARD OF ADJUSTMENTS FOR THE CITY OF SAN ANTONIO
AND THE CITY OF SAN ANTONIO
v.
ARTURO LOPEZ AND ELIZABETH LOPEZ

On Appeal from the
45th District Court of Bexar County, Texas
Trial Court Cause No. 2019CI01577

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

January 27, 2022